UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| ORLANDO GATEWAY PARTNERS, LLC | Case No.: 6:15-bk-03448-KSJ |
| | Chapter 7 |
| Debtor. | *(Substantively Consolidated)* |
| _____/ | |
| ORLANDO GATEWAY PARTNERS, LLC, | Adv. Proc. No. 6:15-ap-00084-KSJ |
| Plaintiff, | |
| vs. | |
| GOOD GATEWAY, LLC and SEG GATEWAY, LLC, | |
| Defendants/Third Party Plaintiffs. | |
| _____/ | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that CHITTRANJAN THAKKAR, NILHAN FINANCIAL, LLC and NILOY, INC., doing business as DCT SYSTEMS, INC., through counsel, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the Federal Rules of Bankruptcy Procedure hereby appeal the *Final Judgment Pursuant to Order Awarding Attorneys Fees as Sanctions* ("Final Judgment") (Doc. No. 279) entered by the Honorable Karen S. Jennemann, United States Bankruptcy Judge on July 19, 2016.

The names and addresses of the attorneys for the parties in interest to this matter are:

1. Attorney for Debtor, Orlando Gateway Partners, LLC:

   Kenneth D. Herron, Jr., Herron Hill Law Group, PLLC, 1851 West Colonial Drive, Suite 100 Orlando, FL 32804 [chip@herronhilllaw.com]

2. Attorney for Chittranjan Thakkar, Nilhan Financial, LLC and Niloy, Inc., doing business as DCT Systems, Inc.:

C. Andrew Roy, Esquire, PO Box 1391, Orlando, FL 32802-1391 [aroy@whww.com]

3. Attorneys for Good Gateway, LLC:

Mariane L. Dorris, Esquire, Latham Shuker Eden & Beaudine LLP, P.O. Box 3353, Orlando, FL 32802-3353 [bknotice@lseblaw.com]

Jon E. Kane, Esquire, Mateer & Harbert, P.A., 225 E. Robinson Street, 600, Orlando, FL 32801 [jkane@mateerharbert.com]

Keith R. Mitnik, Esquire, Morgan & Morgan, PO Box 4979, 20 N. Orange Avenue, Suite 1600, Orlando, FL 32802 [kmitnik@forthepeople.com]

R. Scott Shuker, Esquire, Latham Shuker Eden & Beaudine LLP, Post Office Box 3353, Orlando, FL 32802 [bknotice@lseblaw.com]

Clay M. Townsend, Esquire, Morgan & Morgan PA, 20 North Orange Avenue, Orlando, FL 32801 [ctownsend@forthepeople.com]

4. Attorneys for SEG Gateway, LLC:

Mariane L. Dorris, Esquire, Latham Shuker Eden & Beaudine LLP, P.O. Box 3353, Orlando, FL 32802-3353 [bknotice@lseblaw.com]

Jon E. Kane, Esquire, Mateer & Harbert, P.A., 225 E. Robinson Street, 600, Orlando, FL 32801 [jkane@mateerharbert.com]

R. Scott Shuker, Esquire, Latham Shuker Eden & Beaudine LLP, Post Office Box 3353, Orlando, FL 32802 [bknotice@lseblaw.com]

Clay M. Townsend, Esquire, Morgan & Morgan PA, 20 North Orange Avenue, Orlando, FL 32801 [ctownsend@forthepeople.com]

Dated August 2, 2016.

Respectfully submitted,

*/s/ C. Andrew Roy*
BRADLEY M. SAXTON
Florida Bar No. 0855995
bsaxton@whww.com
C. ANDREW ROY
Florida Bar No. 91629
aroy@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014
Attorneys for Chittranjan Thakkar, Nilhan Financial, LLC and Niloy, Inc., doing business as DCT Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2016, a true copy of the foregoing has been furnished via:

***CM/ECF to:***

Jules S. Cohen, Esquire, Akerman Senterfitt, Post Office Box 231, 420 South Orange Avenue, Orlando, FL 32802
Esther A. McKean, Esquire, Akerman Senterfitt, Post Office Box 231, Orlando, FL 32802-0231
Samual A. Miller, Esquire, Akerman Senterfitt, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801
Kenneth D. Herron, Jr., Esquire, Herron Hill Law Group, PLLC, 1851 West Colonial Drive, Suite 100, Orlando, FL 32804
Mariane L. Dorris, Esquire, Latham Shuker Eden & Beaudine LLP, P.O. Box 3353, Orlando, FL 32802-3353
Jon E. Kane, Esquire, Mateer & Harbert, P.A., 225 E. Robinson Street, 600, Orlando, FL 32801
Keith R. Mitnik, Esquire, Morgan & Morgan, PO Box 4979, 20 N. Orange Avenue, Suite 1600, Orlando, FL 32802
R. Scott Shuker, Esquire, Latham Shuker Eden & Beaudine LLP, Post Office Box 3353, Orlando, FL 32802
Clay M. Townsend, Esquire, Morgan & Morgan PA, 20 North Orange Avenue, Orlando, FL 32801
John A. Moffa, Esquire, Moffa & Bonacquisti, PA, 1776 N Pine Island Road, Suite #102, Plantation, FL 33322

*U.S. MAIL to:*

Emerson C. Noble, Trustee, Post Office Box 622798, Oviedo, FL 32762-2798

                                              */s/ C. Andrew Roy*
                                              C. ANDREW ROY